# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHEKEMA YOUNG,

        Plaintiff                             20 **CIVIL** 5391 (ALC)

-v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 13, 2021, which supersedes the Stipulation and Order entered on September 3, 2021, that the decision of the Commissioner of Social security be, and hereby is, reversed and that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          September 13, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                          **BY:**
                                                  **Deputy Clerk**