UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SHEKEMA YOUNG,

                              Plaintiff,                         20 CIVIL 5391 (ALC)

       -v-                                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 3, 2022, that Defendant shall pay Plaintiff the sum of seven thousand dollars ($7,000.00) in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412 (the "EAJA"), in full satisfaction of any and all claims for attorney's fees and costs pursuant to the EAJA in connection with this action. Fees may be paid to Plaintiff's counsel if Plaintiff has so agreed in writing, and Plaintiff owes no debt to the federal government that is subject to offset.

**Dated:** New York, New York
            May 4, 2022

                                                                 **RUBY J. KRAJICK**
                                                                   **Clerk of Court**
                                    **BY:**
                                                                     **Deputy Clerk**